YETTE REICH, as Administratrix, etc., of MARCUS REICH, Deceased, Respondent, *v.* HENRY A. PECK et al., Appellants.

*Reich* v. *Peck,* 83 Hun, 214, affirmed.
(Argued March 8, 1897; decided March 23, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered December 20, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Joseph K. Murray* for appellants.

*A. N. Weller* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARTIN WOLF, Appellant.

*People* v. *Wolf,* 14 App. Div. 73, affirmed.
(Argued March 8, 1897; decided March 23, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 5, 1897, which affirmed a judgment of the Court of General Sessions of the Peace of the city and county of New York, entered upon a verdict convicting defendant of contriving a lottery.

*William N. Loew* for appellant.

*John D. Lindsay* for respondent.

Judgment affirmed; no opinion.
All concur, except GRAY and MARTIN, JJ., absent.